MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

E-FILING

TIMOTHY J. LUCEY (CABN 172332)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5054
   Fax: (408) 535-5066
   E-Mail: Timothy.Lucey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13 - 0356 DLJ |
|     Plaintiff, | STIPULATION AND [] ORDER TO CONTINUE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | |
| JOSE LUIS HERRERA-HERNANDEZ, | |
|     Defendant. | |

Defendant JOSE LUIS HERRERA-HERNANDEZ and the United States hereby stipulate
and mutually agree that the status hearing, currently scheduled for Thursday, July 11, 2013,
should be continued to Thursday, July 25, 2013, at 9:00 a.m., due to unavailability of the counsel
of record. Both counsel are now unavailable to appear on behalf of their respective clients on
July 11, 2013. The parties mutually request a brief continuance of two weeks, to July 25, 2013,
in order to ensure continuity of counsel.

Accordingly, the parties further stipulate that the time from July 11, 2013, through and
including July 25, 2013, may be excluded from the computation of time within which an

1  information or indictment shall be filed under the Speedy Trial Act, in order to ensure the

2  reasonable time necessary for effective preparation as well as continuity of counsel, pursuant to

3  Title 18, United States Code Section 3161(b), (h)(7)(A), (h)(7)(B)(iv).

4  **IT IS SO STIPULATED.**

5  Dated: July 9, 2013

6  _____/s/_____
   TIMOTHY LUCEY
7  Assistant United States Attorney

8  Dated: July 9, 2013

9  _____/s/_____
   VARELL FULLER
10 Assistant Federal Public Defender

11

12 **SO ORDERED.**

13 DATE:_____

14 _____
   HON. D. LOWELL JENSEN
15 United States District Court

16

17

18

19

20

21

22

23

24

25

26