1  STEVEN G. KALAR
   Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant HERRERA-HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-00356-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING SENTENCING |
| vs. ) | HEARING STATUS DATE TO |
| ) | DECEMBER 12, 2013 |
| JOSE LUIS HERRERA-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION

The parties, through their respective counsel, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing status date set in this matter for Thursday, November 14, 2013, at 9:00 a.m., be continued to Thursday, December 12, 2013 at 9:00 a.m.

Mr. Herrera-Hernandez has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(B) of the Federal Rule of Criminal procedure to two counts of possession with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(B)(ii)(II), and possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).  A sentencing hearing status date is presently set in this matter for November 14, 2013. The parties respectfully request the aforementioned status date be continued to December 12, 2013, to permit the parties

Stipulation and [] Order Continuing
Hearing                                          1

additional time to prepare.

Dated: November 13, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: November 13, 2013

_____/s/_____
TIMOTHY J. LUCEY
Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is HEREBY ORDERED that the sentencing hearing status date set for Thursday, November 14, 2013, at 9:00 a.m., is continued to Thursday, December 14, 2013, at 9:00 a.m.

IT IS SO ORDERED.

Dated: FFDFHDFH

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge